IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Maynie Sr, Norman | Case Number: 05 B 12069 |
| | Judge: Doyle, Carol A |
| Printed: 7/12/05 | Filed: 3/31/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 30, 2005
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 600.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 600.00 |
| Totals: | 600.00 | 600.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Centex Home Equity | Secured | | No Claim Filed |
| 2. | Advocate Health Care | Unsecured | | No Claim Filed |
| 3. | Advocate Health Care | Unsecured | | No Claim Filed |
| 4. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 5. | American Express | Unsecured | | No Claim Filed |
| 6. | Bank One | Unsecured | | No Claim Filed |
| 7. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 8. | Bureau Of Account Management | Unsecured | | No Claim Filed |
| 9. | First Premier | Unsecured | | No Claim Filed |
| 10. | ATG Credit LLC | Unsecured | | No Claim Filed |
| 11. | Radiology Imaging Specialists | Unsecured | | No Claim Filed |
| 12. | CBE | Unsecured | | No Claim Filed |
| 13. | Credit First | Unsecured | | No Claim Filed |
| 14. | Advocate Health Care | Unsecured | | No Claim Filed |
| 15. | Trinity Hospital | Unsecured | | No Claim Filed |
| 16. | Nationwide Acceptance Corporat | Unsecured | | No Claim Filed |
| 17. | Capital One | Unsecured | | No Claim Filed |
| 18. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 0.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Maynie Sr, Norman | Case Number:  05 B 12069
| Judge:  Doyle, Carol A
Printed:  7/12/05 | Filed:  3/31/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*Denise Ashley* (signature)