IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Maynie, Eunice

Printed: 10/9/07

Case Number: 05 B 12069
Judge: Wedoff, Eugene R

Filed: 3/31/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: June 21, 2007
Confirmed: August 18, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,206.64 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 3,335.80 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,545.20 |
| Trustee Fee: |  | 325.55 |
| Other Funds: |  | 0.09 |
| Totals: | 6,206.64 | 6,206.64 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,545.20 | 2,545.20 |
| 2. | Centex Home Equity | Secured | 0.00 | 0.00 |
| 3. | Ford Motor Credit Corporation | Secured | 0.00 | 0.00 |
| 4. | Resurgent Capital Services | Unsecured | 4,226.54 | 0.00 |
| 5. | Jefferson Capital | Unsecured | 268.31 | 0.00 |
| 6. | American Express Travel Relate | Unsecured | 2,286.21 | 2,286.21 |
| 7. | Premier Bankcard | Unsecured | 482.96 | 0.00 |
| 8. | Capital One | Unsecured | 625.07 | 0.00 |
| 9. | Trinity Hospital | Unsecured | 936.81 | 936.81 |
| 10. | Arrow Financial Services | Unsecured | 635.17 | 0.00 |
| 11. | Ford Motor Credit Corporation | Unsecured | 112.78 | 112.78 |
| 12. | Advocate Health Care | Unsecured |  | No Claim Filed |
| 13. | Advocate Health Care | Unsecured |  | No Claim Filed |
| 14. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 15. | ATG Credit LLC | Unsecured |  | No Claim Filed |
| 16. | Bank One | Unsecured |  | No Claim Filed |
| 17. | Bureau Of Account Management | Unsecured |  | No Claim Filed |
| 18. | CBE | Unsecured |  | No Claim Filed |
| 19. | Radiology Imaging Specialists | Unsecured |  | No Claim Filed |
| 20. | Advocate Health Care | Unsecured |  | No Claim Filed |
| 21. | Credit First | Unsecured |  | No Claim Filed |
| 22. | Nationwide Acceptance Corp | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 12,119.05 | $ 5,881.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Maynie, Eunice                                    Case Number:  05 B 12069
                                                              Judge:  Wedoff, Eugene R
Printed:  10/9/07                                             Filed:  3/31/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 197.35 |
| 5% | 30.08 |
| 4.8% | 86.41 |
| 5.4% | 11.71 |
|  | _____ |
|  | $ 325.55 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_